DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLAMINGO LAKES TOWNHOME ASSOCIATION, INC.,**
Appellant,

v.

**NIGEL FRANCIS** and **ALISE FRANCIS,**
Appellees.

No. 4D20-845

[February 18, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE 18-003353 (04).

Leonard Wilder of Bakalar & Associates, P.A., Coral Springs, for appellant.

William A. Treco of Tepps Treco, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***